Submitted June 13, 1977. Karl Baker, Assistant Defender, and Benjamin Lerner, Defender, for appellant; James C. Long, Jr., Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 594

Commonwealth v. Jones, Appellant.

Argued March 24, 1977. Mary Alice Duffy, for appellant; Stephen S. Seeling, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 594

Commonwealth v. Jones, Appellant.

612

Submitted September 13, 1976. John A. Boccabella, and Liever, Hyman and Potter, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 595

Commonwealth v. Kallinger, Appellant.

Argued March 16, 1977. Malcolm W. Berkowitz, with him Berkowitz and Gutkin, for appellant; Reid H. Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 595

Commonwealth v. Kelly, Appellant.